# Exhibit 2

| US8260533 | Kyra Solutions's IntelliConnect ("The accused System") |
|---|---|
| 1. An automatic traffic monitoring system, comprising: | The accused system discloses an automatic traffic monitoring system.<br><br>IntelliConnect is a remote traffic monitoring and enforcement system. It utilizes roadside LIDAR sensors and camera technology to collect vehicle data, effectively documenting traffic violations.<br><br><br><br>https://intelliroad.com/intelligent-transportation-system/ |



https://intelliroad.com/intelligent-transportation-system/



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://www.youtube.com/watch?v=08DgKcsfJ6k

## Features Overview

- Scalable, secure, and reliable
- Process, filter, fuse, and analyze the data at the edge
- Real-time incident detection and alerts

- Intelligent edge controller with AI/ML
- Centralized management, configuration, and hardware maintenance
- 20 out-of-the-box use cases, including wrong-way, congestion, pedestrian & cyclist, and work zones

https://intelliroad.com/intelligent-transportation-system/



Camera    RSU    Sensor

Intelligent edge controller (IVP HUB) connects to LiDAR (and other sensors) to process road-side data in real-time to deliver enhanced traffic safety and mobility solutions.

## CONNECT

Device-agnostic controller connects roadside devices like sensors, LiDARs, cameras, RSUs, and others using built-in device drivers and configurable APIs.

## PROCESS

The intelligent edge controller with AI/ML capabilities collects, filters, normalizes, and fuses data from multiple sources; converts the data into J2735 and standard format; and runs traffic safety applications.

## COMMUNICATE

Powerful edge controller processes traffic applications in real-time and sends messages/alerts to existing devices and applications like dynamic message signs, ATMS, TMC support staff, HAR, flashers, 511, connected vehicles (C-V2X / DSRC), and non-connected vehicles via CarPlay.

### REAL-TIME TRAFFIC SAFETY AND MOBILITY SOLUTIONS

- ▶ Queue/Congestion Detection and Warning
- ▶ Wrong-way vehicle detection and warning
- ▶ Dynamic Roadway Warning
- ▶ Speed warning and Enforcement
- ▶ Road Weather Motorist Alert and Warning
- ▶ Work Zone Management
- ▶ Dynamic Route Guidance
- ▶ Pedestrian and Cyclist detection and warning
- ▶ Red Light violation Warning
- ▶ Intersection Warning and Collision Avoidance

https://intelliroad.com/wp-content/uploads/2022/11/IC-WWD.pdf



## Wrong-Way Driving Detection System

IntelliConnect immediately and accurately detects when an OBU-equipped vehicle is moving against the flow of traffic and sends instant alerts to transportation management centers, emergency response personnel, and drivers on the road, with split-second processing that reduces crashes and saves lives. In addition to existing roadside equipment, IntelliConnect also detects wrong-way drivers using LiDAR.

https://intelliroad.com/intelligent-transportation-system/



https://www.youtube.com/watch?v=08DgKcsfJ6k

| | |
|---|---|
| | IntelliConnect has achieved another major milestone on the road to Vision Zero with a first of its kind LiDAR-based Wrong-Way Driving (WWD) detection system. TMC operators, emergency responders, and motorists can be automatically notified when there is a wrong-way driver approaching so they can take action. According to the American Association of State Highway and Transportation Officials (AASHTO), wrong way driving crashes are much more likely to result in severe and fatal injuries than other types of crashes. Agencies can now expand the use of their existing infrastructure and utilize LiDAR to save more lives on our roadways. This best-in-class solution uses LiDAR technology to detect and confirm wrong way driver with greater accuracy. LiDAR technology allows agencies to have a reliable WWD solution that works in low light, rain, snow, fog, or other hazardous roadway conditions. IntelliConnect offers remote configuration and management of a single or multiple wrong way systems. <br><br> https://intelliroad.com/lidar-based-wrong-way-detection/ |
| a plurality of remotely programmable stationary traffic monitoring points located in proximity to roads; | The accused system discloses a plurality of remotely programmable (e.g., remote setup, management, etc.) stationary traffic monitoring points (e.g., LIDAR sensors, cameras, edge devices, etc.) located in proximity to roads. <br><br> The accused system consists of multiple LIDAR sensors, cameras, edge devices, etc. positioned alongside roadways. These cameras gather monitoring data and transmit it to the IntelliConnect Cloud server. Additionally, the system provides roadside infrastructure management module that allows roadside devices to be remotely programmed. |



https://intelliroad.com/intelligent-transportation-system/



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://www.youtube.com/watch?v=08DgKcsfJ6k



**KEY FEATURES**

- ▶ Scalable, secure, and reliable
- ▶ Seamless connectivity to roadside devices
- ▶ Process, filter, fuse, and analyze data at the edge
- ▶ Real-time alerts to TMC/ATMS, DMS, connected vehicles, mobile devices, traffic support personnel, and others

- ▶ Real-time incident detection using out-of-the-box and customizable safety and mobility applications
- ▶ Centralized management, configuration, and roadway analytics for all edge devices
- ▶ Connects to IntelliConnect Cloud to provide end-to-end ITS solutions

https://intelliroad.com/wp-content/uploads/2022/11/IC-WWD.pdf

IntelliConnect has achieved another major milestone on the road to Vision Zero with a first of its kind LiDAR-based Wrong-Way Driving (WWD) detection system. TMC operators, emergency responders, and motorists can be automatically notified when there is a wrong-way driver approaching so they can take action. According to the American Association of State Highway and Transportation Officials (AASHTO), wrong way driving crashes are much more likely to result in severe and fatal injuries than other types of crashes. Agencies can now expand the use of their existing infrastructure and utilize LiDAR to save more lives on our roadways. This best-in-class solution uses LiDAR technology to detect and confirm wrong way driver with greater accuracy. LiDAR technology allows agencies to have a reliable WWD solution that works in low light, rain, snow, fog, or other hazardous roadway conditions. IntelliConnect offers remote configuration and management of a single or multiple wrong way systems.

| | |
|---|---|
| | https://intelliroad.com/lidar-based-wrong-way-detection/ <br><br>  <br><br> https://intelliroad.com/intelligent-transportation-system/ |
| a remote server in communication with the stationary traffic monitoring points and adapted to automatically issue citations for traffic laws violations; | The accused system discloses a remote server (e.g., servers associated with the IntelliConnect Cloud, etc.) in communication with the stationary traffic monitoring points (e.g., LIDAR sensors, cameras, edge devices, etc.) and adapted to automatically issue citations for traffic laws violations (e.g., Wrong way violations, speed violations, etc.). <br><br> As shown, roadside units such as LIDAR sensors, cameras, edge devices, etc. are in communication with the server for remote management. The case data files are transmitted to the IntelliConnect server, TMC, etc., subsequently used to issue citations. |



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://www.youtube.com/watch?v=08DgKcsfJ6k

## Features Overview

- ⊘ Scalable, secure, and reliable
- ⊘ Process, filter, fuse, and analyze the data at the edge
- ⊘ Real-time incident detection and alerts

- ⊘ Intelligent edge controller with AI/ML
- ⊘ Centralized management, configuration, and hardware maintenance
- ⊘ 20 out-of-the-box use cases, including wrong-way, congestion, pedestrian & cyclist, and work zones

https://intelliroad.com/intelligent-transportation-system/

  

Camera    RSU    Sensor

Intelligent edge controller (IVP HUB) connects to LiDAR (and other sensors) to process road-side data in real-time to deliver enhanced traffic safety and mobility solutions.

## CONNECT

Device-agnostic controller connects roadside devices like sensors, LiDARs, cameras, RSUs, and others using built-in device drivers and configurable APIs.

## PROCESS

The intelligent edge controller with AI/ML capabilities collects, filters, normalizes, and fuses data from multiple sources; converts the data into J2735 and standard format; and runs traffic safety applications.

## COMMUNICATE

Powerful edge controller processes traffic applications in real-time and sends messages/alerts to existing devices and applications like dynamic message signs, ATMS, TMC support staff, HAR, flashers, 511, connected vehicles (C-V2X / DSRC), and non-connected vehicles via CarPlay.

## REAL-TIME TRAFFIC SAFETY AND MOBILITY SOLUTIONS

- ▶ Queue/Congestion Detection and Warning
- ▶ Wrong-way vehicle detection and warning
- ▶ Dynamic Roadway Warning
- ▶ Speed warning and Enforcement
- ▶ Road Weather Motorist Alert and Warning
- ▶ Work Zone Management
- ▶ Dynamic Route Guidance
- ▶ Pedestrian and Cyclist detection and warning
- ▶ Red Light violation Warning
- ▶ Intersection Warning and Collision Avoidance

https://intelliroad.com/wp-content/uploads/2022/11/IC-WWD.pdf



## Wrong-Way Driving Detection System

IntelliConnect immediately and accurately detects when an OBU-equipped vehicle is moving against the flow of traffic and sends instant alerts to transportation management centers, emergency response personnel, and drivers on the road, with split-second processing that reduces crashes and saves lives. In addition to existing roadside equipment, IntelliConnect also detects wrong-way drivers using LiDAR.

https://intelliroad.com/intelligent-transportation-system/



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://intelliroad.com/wp-content/uploads/2022/11/IC-WWD.pdf

| | IntelliConnect has achieved another major milestone on the road to Vision Zero with a first of its kind LiDAR-based Wrong-Way Driving (WWD) detection system. TMC operators, emergency responders, and motorists can be automatically notified when there is a wrong-way driver approaching so they can take action. According to the American Association of State Highway and Transportation Officials (AASHTO), wrong way driving crashes are much more likely to result in severe and fatal injuries than other types of crashes. Agencies can now expand the use of their existing infrastructure and utilize LiDAR to save more lives on our roadways. This best-in-class solution uses LiDAR technology to detect and confirm wrong way driver with greater accuracy. LiDAR technology allows agencies to have a reliable WWD solution that works in low light, rain, snow, fog, or other hazardous roadway conditions. IntelliConnect offers remote configuration and management of a single or multiple wrong way systems.<br><br>https://intelliroad.com/lidar-based-wrong-way-detection/ |
| --- | --- |

| | |
|---|---|
| | The LiDAR-based Wrong Way Driving detection component is the newest addition to IntelliConnect's suite of use cases. The solution comes with other advantageous out-of-the-box features including real-time alert broadcasting and device health monitoring.<br><br>Broadcasting real-time messages and alerts to motorists and key agency stakeholders is at the core of IntelliConnect. This is accomplished by providing equity to all motorists, whether they are driving a fully connected vehicle or a vintage cruiser. Fully connected vehicles have the benefit of directly receiving alerts through the vehicle's on-board units. Partially and non-connected vehicles receive alerts on their smartphones via mobile application integrations and via roadside infrastructure message displays.<br><br>https://intelliroad.com/lidar-based-wrong-way-detection/ |
| each stationary traffic monitoring point including a radio module for interfacing to a mobile communication network;<br><br>Col. 3: lines 15-27<br>*The stationary traffic monitoring point is* | The accused system discloses each stationary traffic monitoring point (roadside units such as LIDAR sensors, cameras, edge devices, etc.) including a radio module (e.g., wireless module such as 5G module, etc.) for interfacing to a mobile communication network (e.g., the wireless network such as 5G network, etc.).<br><br>As shown, the roadside units such as LIDAR sensors, cameras, edge devices, etc. with the IntelliConnect servers on the internet through wireless networks such as 5G, etc. |

*preferably in the form of an electronic device with a built-in module for a mobile communications network connection (e.g., a telephone or other one), and optional automatic electronic tag information and/or radar information and/or image information and/or video information collection and transmission, and processing of information regarding the vehicle and the road situation. The stationary traffic monitoring points are also provided with processing capability for analyzing information regarding the vehicle, the determination of the parameters of vehicle movement and traffic flow, and comparison of the information regarding vehicle movement with that permitted by traffic regulations for the*



## Features Overview

✓ Efficiently manages V2X solutions (C-V2X/5g)

✓ Plug-n-play connection to all roadside devices

✓ Central management of multiple business rules

https://intelliroad.com/intelligent-transportation-system/

intelliconnect cloud receives data from intelliconnect edge

https://www.youtube.com/watch?v=08DgKcsfJ6k

| | |
|---|---|
| *particular section of the road.* | <br><br>https://intelliroad.com/intelligent-transportation-system/ |



https://intelliroad.com/wp-content/uploads/2022/11/IC-WWD.pdf

| each stationary traffic monitoring point including a module for automatically receiving information about a moving vehicle from the moving vehicle;<br><br>Col. 3: lines 15-27 | The accused system discloses each stationary traffic monitoring point (e.g., roadside units such as LIDAR sensors, cameras, edge devices, etc.) including a module (e.g., Wrong way detection unit, speed enforcement camera unit, etc.) for automatically receiving information (e.g., information such as vehicle speed, position, etc.) about a moving vehicle from the moving vehicle.<br><br>As shown, the accused system is equipped with roadside units such as LIDAR sensors, cameras, edge devices, etc. The roadside units capture the speed of vehicles. Additionally, it takes images, videos, etc. of the vehicles, which are then sent as case |

| | |
|---|---|
| *The stationary traffic monitoring point is preferably in the form of an electronic device with a built-in module for a mobile communications network connection (e.g., a telephone or other one), and optional automatic electronic tag information and/or radar information and/or image information and/or video information collection and transmission, and processing of information regarding the vehicle and the road situation. The stationary traffic monitoring points are also provided with processing capability for analyzing information regarding the vehicle, the determination of the parameters of vehicle movement and traffic flow, and comparison of the information regarding vehicle movement with that* | documents to the IntelliConnect server.<br><br><br><br>https://www.youtube.com/watch?v=08DgKcsfJ6k |

| | |
|---|---|
| *permitted by traffic regulations for the particular section of the road.*<br><br>**Col 3: lines 42-45:**<br><br>*Each stationary traffic monitoring point can be equipped with means for automatic reading of information regarding moving vehicles, for example, in the form of a photo camera working in the visible spectrum* | <br>https://www.youtube.com/watch?v=08DgKcsfJ6k |



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://www.youtube.com/watch?v=08DgKcsfJ6k

REAL-TIME TRAFFIC SAFETY AND MOBILITY SOLUTIONS

▶ Queue/Congestion Detection and Warning

▶ Wrong-way vehicle detection and warning

▶ Dynamic Roadway Warning

▶ Speed warning and Enforcement

▶ Road Weather Motorist Alert and Warning

▶ Work Zone Management

▶ Dynamic Route Guidance

▶ Pedestrian and Cyclist detection and warning

▶ Red Light violation Warning

▶ Intersection Warning and Collision Avoidance

https://intelliroad.com/wp-content/uploads/2022/11/IC-WWD.pdf



trigger when a connected or
non-connected vehicle exceeds 35 miles

https://www.youtube.com/watch?v=08DgKcsfJ6k



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://www.youtube.com/watch?v=08DgKcsfJ6k

| | |
|---|---|
| each stationary traffic monitoring point including a module for automatically measuring movement parameters of the vehicle;<br><br>**Col. 3: lines 15-27**<br><br>*The stationary traffic monitoring point is preferably in the form of an electronic device with* | The accused system discloses each stationary traffic monitoring point (e.g., roadside units such as LIDAR sensors, cameras, edge devices, etc.) including a module (e.g., LIDAR Modules, etc.) for automatically measuring movement parameters (e.g., speed, position, etc.) of the vehicle.<br><br>As shown, the accused system is equipped with roadside units such as LIDAR sensors, cameras, edge devices, etc. The roadside units capture the speed of vehicles. Additionally, it takes videos of the vehicles, which are then sent to the IntelliConnect server for processing. |

| | |
|---|---|
| *a built-in module for a mobile communications network connection (e.g., a telephone or other one), and optional automatic electronic tag information and/or radar information and/or image information and/or video information collection and transmission, and processing of information regarding the vehicle and the road situation. The stationary traffic monitoring points are also provided with processing capability for analyzing information regarding the vehicle, the determination of the parameters of vehicle movement and traffic flow, and comparison of the information regarding vehicle movement with that permitted by traffic regulations for the particular section of the road.* | <br><br>https://www.youtube.com/watch?v=08DgKcsfJ6k |



https://www.youtube.com/watch?v=08DgKcsfJ6k

## REAL-TIME TRAFFIC SAFETY AND MOBILITY SOLUTIONS

▶ Queue/Congestion Detection and Warning

▶ Wrong-way vehicle detection and warning

▶ Dynamic Roadway Warning

▶ Speed warning and Enforcement

▶ Road Weather Motorist Alert and Warning

▶ Work Zone Management

▶ Dynamic Route Guidance

▶ Pedestrian and Cyclist detection and warning

▶ Red Light violation Warning

▶ Intersection Warning and Collision Avoidance

https://intelliroad.com/wp-content/uploads/2022/11/IC-WWD.pdf



https://www.youtube.com/watch?v=08DgKcsfJ6k



the driver receives an alert that he or she is exceeding 35 mph

https://www.youtube.com/watch?v=08DgKcsfJ6k



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://www.youtube.com/watch?v=08DgKcsfJ6k

| each stationary traffic monitoring point including a processor for automatically determining whether the moving vehicle is in violation of traffic laws, for classifying traffic violations and for determining occurrence of abnormal events; and | The accused system discloses each stationary traffic monitoring point (e.g., roadside units such as LIDAR sensors, cameras, edge devices, etc.) including a processor for automatically determining whether the moving vehicle is in violation of traffic laws (e.g., Wrong way violation, speed violation, etc.), for classifying traffic violations (e.g., Wrong way violation, speed violation, etc.) and for determining occurrence of abnormal events (e.g., traffic violation, offense, etc.). |
|---|---|
| | As shown, the accused system is an intelligent traffic management system, which collects data from the roadside units such as LIDAR sensors, cameras, edge devices, etc. and processes it to identify any traffic violation. The accused system is equipped with a processor and memory, which are essential for its operation as intelligent traffic management system. |

| Col. 3: lines 15-27 | |
|---|---|
| *The stationary traffic monitoring point is preferably in the form of an electronic device with a built-in module for a mobile communications network connection (e.g., a telephone or other one), and optional automatic electronic tag information and/or radar information and/or image information and/or video information collection and transmission, and processing of information regarding the vehicle and the road situation. The stationary traffic monitoring points are also provided with processing capability for analyzing information regarding the vehicle, the determination of the parameters of vehicle movement and traffic flow, and comparison of the information* |  https://www.youtube.com/watch?v=08DgKcsfJ6k |

| | |
|---|---|
| *regarding vehicle movement with that permitted by traffic regulations for the particular section of the road.* |  Intelligent edge controller (IVP HUB) connects to LiDAR (and other sensors) to process road-side data in real-time to deliver enhanced traffic safety and mobility solutions.<br><br>**CONNECT**<br><br>Device-agnostic controller connects roadside devices like sensors, LiDARs, cameras, RSUs, and others using built-in device drivers and configurable APIs.<br><br>**PROCESS**<br><br>The intelligent edge controller with AI/ML capabilities collects, filters, normalizes, and fuses data from multiple sources; converts the data into J2735 and standard format; and runs traffic safety applications.<br><br>**COMMUNICATE**<br><br>Powerful edge controller processes traffic applications in real-time and sends messages/alerts to existing devices and applications like dynamic message signs, ATMS, TMC support staff, HAR, flashers, 511, connected vehicles (C-V2X / DSRC), and non-connected vehicles via CarPlay.<br><br>**REAL-TIME TRAFFIC SAFETY AND MOBILITY SOLUTIONS**<br><br>▶ Queue/Congestion Detection and Warning<br>▶ Wrong-way vehicle detection and warning<br>▶ Dynamic Roadway Warning<br>▶ Speed warning and Enforcement<br>▶ Road Weather Motorist Alert and Warning<br>▶ Work Zone Management<br>▶ Dynamic Route Guidance<br>▶ Pedestrian and Cyclist detection and warning<br>▶ Red Light violation Warning<br>▶ Intersection Warning and Collision Avoidance<br><br>https://intelliroad.com/wp-content/uploads/2022/11/IC-WWD.pdf |

**Features Overview**

- ☑ Scalable, secure, and reliable
- ☑ Process, filter, fuse, and analyze the data at the edge
- ☑ Real-time incident detection and alerts

- ☑ Intelligent edge controller with AI/ML
- ☑ Centralized management, configuration, and hardware maintenance
- ☑ 20 out-of-the-box use cases, including wrong-way, congestion, pedestrian & cyclist, and work zones

https://intelliroad.com/intelligent-transportation-system/



## Wrong-Way Driving Detection System

IntelliConnect immediately and accurately detects when an OBU-equipped vehicle is moving against the flow of traffic and sends instant alerts to transportation management centers, emergency response personnel, and drivers on the road, with split-second processing that reduces crashes and saves lives. In addition to existing roadside equipment, IntelliConnect also detects wrong-way drivers using LiDAR.

https://intelliroad.com/intelligent-transportation-system/



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://intelliroad.com/wp-content/uploads/2022/11/IC-WWD.pdf



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://www.youtube.com/watch?v=08DgKcsfJ6k

| each stationary traffic monitoring point including means for automatic storing and transmitting information about the moving vehicle, the parameters of the moving vehicle and the determination to a remote server over the mobile communication network and then over | The accused system discloses each stationary traffic monitoring point (e.g., roadside units such as LIDAR sensors, cameras, edge devices, etc.) including means for automatic storing and transmitting information (e.g., transmitting information to the IntelliConnect server, etc.) about the moving vehicle, the parameters of the moving vehicle and the determination (e.g., Wrong way violation, speeding violation, etc.) to a remote server over the mobile communication network (e.g., wireless network such as 5G network, etc.) and then over the Internet.

As shown, the accused system is an intelligent traffic management system, which collects data from the roadside units such as LIDAR sensors, cameras, edge devices, etc. and processes it to identify any traffic violation. The accused system is equipped with a processor and memory, which are essential for its operation as intelligent traffic |

| | |
|---|---|
| the Internet.<br><br>**Col 4: lines 5-9:**<br>*...such as through a mobile communication network (using Internet compatible protocols, such as GPRS, CDMA, wi-max, wi-fi or similar), to the nearest mobile communication network operator 4 . . . 4n and then subsequently through the Internet...*<br><br><br><br>FIG. 1 | management system.<br><br>## Features Overview<br><br>⊘ Efficiently manages V2X solutions (C-V2X/5g)<br><br>⊘ Plug-n-play connection to all roadside devices<br><br>⊘ Central management of multiple business rules<br><br>https://intelliroad.com/intelligent-transportation-system/ |



https://www.youtube.com/watch?v=08DgKcsfJ6k

## Features Overview

- ✓ Scalable, secure, and reliable
- ✓ Process, filter, fuse, and analyze the data at the edge
- ✓ Real-time incident detection and alerts

- ✓ Intelligent edge controller with AI/ML
- ✓ Centralized management, configuration, and hardware maintenance
- ✓ 20 out-of-the-box use cases, including wrong-way, congestion, pedestrian & cyclist, and work zones

https://intelliroad.com/intelligent-transportation-system/



## Wrong-Way Driving Detection System

IntelliConnect immediately and accurately detects when an OBU-equipped vehicle is moving against the flow of traffic and sends instant alerts to transportation management centers, emergency response personnel, and drivers on the road, with split-second processing that reduces crashes and saves lives. In addition to existing roadside equipment, IntelliConnect also detects wrong-way drivers using LiDAR.

https://intelliroad.com/intelligent-transportation-system/



https://www.youtube.com/watch?v=08DgKcsfJ6k

| | IntelliConnect has achieved another major milestone on the road to Vision Zero with a first of its kind LiDAR-based Wrong-Way Driving (WWD) detection system. TMC operators, emergency responders, and motorists can be automatically notified when there is a wrong-way driver approaching so they can take action. According to the American Association of State Highway and Transportation Officials (AASHTO), wrong way driving crashes are much more likely to result in severe and fatal injuries than other types of crashes. Agencies can now expand the use of their existing infrastructure and utilize LiDAR to save more lives on our roadways. This best-in-class solution uses LiDAR technology to detect and confirm wrong way driver with greater accuracy. LiDAR technology allows agencies to have a reliable WWD solution that works in low light, rain, snow, fog, or other hazardous roadway conditions. IntelliConnect offers remote configuration and management of a single or multiple wrong way systems. <br> https://intelliroad.com/lidar-based-wrong-way-detection/ |



https://www.youtube.com/watch?v=08DgKcsfJ6k



https://intelliroad.com/wp-content/uploads/2022/11/IC-WWD.pdf



KEY FEATURES

- Scalable, secure, and reliable
- Seamless connectivity to roadside devices
- Process, filter, fuse, and analyze data at the edge
- Real-time alerts to TMC/ATMS, DMS, connected vehicles, mobile devices, traffic support personnel, and others

- Real-time incident detection using out-of-the-box and customizable safety and mobility applications
- Centralized management, configuration, and roadway analytics for all edge devices
- Connects to IntelliConnect Cloud to provide end-to-end ITS solutions

https://intelliroad.com/wp-content/uploads/2022/11/IC-WWD.pdf



https://www.youtube.com/watch?v=08DgKcsfJ6k